IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            Bankruptcy No.: 04-25143 - TPA

NEIL DEFAZIO

Debtor                                            Chapter No.: 13

*******************************

                                                  Ref. to
NEIL DEFAZIO,                                     Document No. 31
    Movant

v.

PROVIDENT CONSUMER FINANCE,
    Respondent

DEFAULT
ORDER OF COURT

AND NOW, this 26th day of April, 2006, upon response to Movant, Neil Defazio's requested Motion to Claim Unclaimed Funds, it is hereby ORDERED and DIRECTED that all funds being held in the registry of the Court in the amount of $2,285.99, be paid to Neil Defazio at Movant's Counsel, Paladin Law Offices, 10700 Frankstown Road, Suite 305, Pittsburgh, Pennsylvania 15235.

BY THE COURT:

_____ J.

FILED

APR 27 2006

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

